# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. JUNGERS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BORAX INC. et al.,<br><br>Defendants. | Case No. 1:21-cv-00400-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 9) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 9) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 21, 2022**;

2. The case remains STAYED.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **October 21, 2021**              /s/ Jennifer L. Thurston
                                           CHIEF UNITED STATES MAGISTRATE JUDGE