# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. JUNGERS, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BORAX INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 1:21-cv-00400-JLT-BAK (EPG)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 14) |

On January 21, 2022, the parties filed a joint stipulation dismissing this action, including all claims and counterclaims, without prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 14). No class has been certified and nothing in the voluntary dismissal or this order resolves any claims, issues, or defenses of a class. In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice and without an award of costs or attorneys' fees. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **January 21, 2022**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

1